IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYLVIA I. LUGO,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 07-2050** |
| **MICHAEL J. ASTRUE, Commissioner** | : | |
| of the Social Security Administration, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 30th day of July, 2008, upon independent review of the Brief and Statement of Issues in support of Plaintiff's Request for Review and Reversal (Document No. 8), Defendant's Response (Document No. 11), and Plaintiff's Reply (Document No. 15), and after review of the record and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated June 30, 2008, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated June 30, 2008, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED IN PART**, and the case is **REMANDED** to the Commissioner of the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated June 30, 2008; and,

3. Plaintiff's Request for Review is **DENIED** in all other respects.

**BY THE COURT:**

s/ Honorable Jan E. DuBois
**JAN E. DUBOIS, J.**